# United States Court of Appeals for the Federal Circuit

---

**EDGEWELL PERSONAL CARE BRANDS, LLC, INTERNATIONAL REFILLS COMPANY, LTD.,**
*Plaintiffs-Appellants*

v.

**MUNCHKIN, INC.,**
*Defendant-Appellee*

---

2020-1203

---

Appeal from the United States District Court for the Central District of California in No. 2:18-cv-03005-PSG-JPR, Judge Philip S. Gutierrez.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered May 26, 2021, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellants Edgewell Personal Care Brands, LLC, International Refills Company, Ltd. in the amount of $353.76 and taxed against the appellee.

FOR THE COURT

July 2, 2021  /s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court